| | |
|---|---|
| 1 | Richard Mooney, Esq. (SBN 176486) |
|   |    richard.mooney@rjmlitigation.com |
|   | RJM Litigation Group |
| 2 | 505 Montgomery St. #1100 |
|   | San Francisco, CA 94111 |
| 3 | 415.874.3711 |
| 4 | Attorneys for Dreams Fulfilled, LLC |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Steven Marcus, | Case No. 21-cv-08088 SB (SK) |
|     Plaintiff, | |
| v. | Statement Re Citizenship |
| Alexandria Real Estate Equities, Inc.; Joel S. Marcus; and Gary Dean, | Date: March 18, 2022 |
| | Time: 8:30 a.m. |
|     Defendants. | Dept: 6C |

In response to the Court's Order (Docket No. 32), Plaintiff Steven Marcus states as follows:

Steven Marcus was born and raised in the United States as a U.S. citizen. In May 2012, he moved his family and became permanent resident of the United Kingdom. Mr. Marcus has lived continuously in London, U.K. since May 2012 with his wife, a French national, and their two children. Having declared his intent to remain indefinitely in the U.K. upon arrival, he became a naturalized U.K. citizen and British subject, taking his oath on February 10, 2021. Mr. Marcus's wife took the exceptional step of abandoning her permanent resident status in the U.S. by filing an I-407 and surrendering her Green Card in August 2014 to terminate her status as a U.S. national, thus further reflecting the Marcus family's (and Steven's) intention to be U.K. nationals.

Mr. Marcus considers himself primarily a U.K. citizen given his ten-year unbroken residency and clear domicile in the U.K., his intention to remain there indefinitely, and the fact that he has not set foot in the U.S. for at least 28 months nor maintained any residence of any kind in the U.S. for nearly 8 years.

Upon earning U.K. citizenship and becoming a U.K. subject, neither U.K. law nor U.S. law required Mr. Marcus to renounce his U.S. citizenship and he passively retains that status, traveling almost exclusively outside the U.S. on his U.K. passport. For the avoidance of doubt, prior to his emigration from the U.S. in 2012, Mr. Marcus never resided in Maryland and last resided permanently in California in 1996.

Plaintiff thanks the Court for its time and attention.

1

2 Dated: March 10, 2022   RJM Litigation Group

3

4 By: _____

5 Richard Mooney

6 Attorneys for Plaintiff

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28