JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN MARCUS,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDRIA REAL ESTATE EQUITIES, INC., JOEL S. MARCUS, and GARY DEAN,<br><br>Defendants. | Case No. 2:21-cv-08088-SB-SK<br><br>**FINAL JUDGMENT** |

For the reasons set forth in the Court's Order granting Defendants' Motion to Dismiss, Plaintiff Steven Marcus's claims are DISMISSED for lack of subject-matter jurisdiction.

This is a Final Judgment.

Dated: March 11, 2022

Stanley Blumenfeld, Jr.
United States District Judge

1