UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No.:   2:21-cv-08088-SB-SK | Date:   April 15, 2022 |

| | |
|---|---|
| Title: | *Steven Marcus v. Alexandria Real Estate Equities, Inc. et al.* |

| | |
|---|---|
| Present: The Honorable | **STANLEY BLUMENFELD, JR., U.S. District Judge** |

| Jennifer Graciano | Maria Bustillos |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Richard J. Mooney | John M. Sandoval |

**Proceedings:**   [Minutes of] Order to Show Cause re: Rule 11 Sanctions and Defendants' Motion for Rule 11 Sanctions (Dkt. Nos. 34, 11),

   Case called and appearances made.  The Court hears from counsel regarding the Court's Order to Show Cause re: Rule 11 Sanctions, Dkt. No. 34, and Defendants' Motion for Rule 11 Sanctions, Dkt. No. 24.  The matter is taken under submission.

:19