FILED

OCT 12 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| STEVEN MARCUS,<br><br>    Plaintiff-Appellant,<br><br>v.<br><br>ALEXANDRIA REAL ESTATE EQUITIES, INC.; JOEL S. MARCUS; GARY DEAN,<br><br>    Defendants-Appellees. | No.   22-55553<br><br>D.C. No. 2:21-cv-08088-SB-SK<br>Central District of California,<br>Los Angeles<br><br>ORDER |

The opening brief was due August 31, 2022. Appellant has failed to file the opening brief or an extension of time to do so. Therefore, the appeal is dismissed for failure to prosecute. *See* 9th Cir. R. 42-1.

This order served on the district court shall, within 21 days after the date of this order, become the mandate of this court.

Appellees' motion (Docket Entry No. 10) to dismiss for failure to prosecute is denied as moot.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Sofia Salazar-Rubio
Deputy Clerk
Ninth Circuit Rule 27-7

SSR/Pro Mo